UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #_____

19 MISC 252

In Re: Application for Exemption from
Electronic Public Access Fees by
DR. RYAN HÜBERT

Standing Order: M10-468

ORDER

PACER FEE EXEMPTION ORDER

This matter is before the court upon the application and request by Dr. Ryan Hübert (the "Applicant") for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that, based upon the applicant's letter request received May 6, 2019 and the previous application dated April 17, 2018 describing the proposed use, the Applicant has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information.

Accordingly, the Applicant shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached application. The Applicant shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. This fee exemption applies only to the Applicant and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, the Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption,

4. The Applicant is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.

5. This exemption is valid *nunc pro tunc* from May 1, 2019 through November 30, 2019.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
_____, 2019

SO ORDERED:

_____
Colleen McMahon, Chief Judge
United States District Court
Southern District of New York

**UNIVERSITY OF CALIFORNIA, DAVIS**

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO         SANTA BARBARA • SANTA CRUZ



Department of Political Science
University of California, Davis
Kerr Hall 469
One Shields Avenue
Davis, CA 95616

Ruby J. Krajick
Clerk of Court
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007-1312

Dear Clerk Krajick:

I write to request a three month extension of the PACER fee waiver that I received from the Court pursuant to an Order signed by Chief Judge Colleen McMahon on May 1, 2018.

I request the extension to complete research described in my initial request to the Court. I include copies of my initial request and the Court's order for your reference.

Please feel free to contact me by phone or email, which are listed below. My PACER account number is **5470292** and my username is **rhubert18**. I look forward to hearing from you.


Sincerely,

*Ryan Hübert*

Dr. Ryan Hübert
Assistant Professor
Email: rhubert@ucdavis.edu
Cell: 646-288-2933

MAY -6 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

18MISC176

In Re: Application for Exemption from
Electronic Public Access Fees for
DR. RYAN HÜBERT

Standing Order: M10-468

ORDER



PACER FEE EXEMPTION ORDER

The Court received an application by Dr. Ryan Hübert (the "Applicant"), for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds, based upon the letter dated April 17, 2018 describing the proposed use that the Applicant has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, the Applicant shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached letter and application. The Applicant shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

Additionally, the following limitations apply:

1. This fee exemption applies only to the Applicant, and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, the Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. This exemption is valid from the date of this order through April 30, 2019.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
       1 May, 2018

SO ORDERED:

Colleen McMahon, Chief Judge
United States District Court
Southern District of New York



# UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO　　SANTA BARBARA • SANTA CRUZ

Department of Political Science
University of California, Davis
Kerr Hall 469
One Shields Avenue
Davis, CA 95616

April 17, 2018

Ruby J. Krajick
Clerk of Court
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007-1312

Dear Clerk Krajick:

I write to request an exemption from PACER user fees in aid of my research in accordance with 28 U.S.C. §1930 and the Federal Judicial Center's Electronic Public Access Fee Schedule.

I am an individual researcher with a full-time appointment in the academic faculty of the University of California at Davis. I have been conducting research on judicial decision making by analyzing federal circuit court docket sheets. I would like to expand my project to include the U.S. District Court for the Southern District of New York. I suspect that much of the current research on judicial decision making is inaccurate because it focuses only on written, published appellate opinions. With access to district court docket sheets, I hope to be able to understand and demonstrate the difficulty of relying on current academic datasets and to question some recent findings in the legal literature.

I would also like to download a random sample of briefs and corresponding opinions for purposes of verifying the quality of other datasets that are not drawn directly from PACER. Current collections of briefs are not random samples, and pose a host of problems for academic research. With this random sample, I hope to better understand the relationship between advocacy and outcome.

This request, and any data I access as a result, is related solely to my academic research. Moreover, I comply fully with the highest data security protocols required and recommended by the University of California at Davis.

Please feel free to contact me by phone or email, which are listed below. My PACER account number is **5470292** and my username is **rhubert18**. I look forward to hearing from you.

Sincerely,


Dr. Ryan Hübert
Assistant Professor
Email: rhubert@ucdavis.edu
Cell: 646-288-2933